ACCEPTED
03-15-00368-CV
5788631
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 2:18:24 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00368-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 2:18:24 PM
JEFFREY D. KYLE
Clerk

LAURA PRESSLEY,

Appellant,

v.

GREGORIO "GREG" CASAR,

Appellee.

APPELLEE'S NOTICE OF APPEARANCE AND
DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rule 6.1 of the Texas Rules of Appellate Procedure, Appellee, Gregorio "Greg" Casar, files this Notice of Appearance and Designation of Lead Counsel. Lead Counsel for Appellee in this matter in the Court of Appeals is:

Kurt Kuhn
State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731-4946
(512) 476-6000
(512) 476-6002 (fax)
kurt@kuhnhobbs.com

1

Please make sure to designate Mr. Kuhn as lead counsel in your file, and to serve Mr. Kuhn with all pleadings and notices directed to Appellee in this matter.

Dated:  June 23, 2015                                    Respectfully submitted,


Charles Herring, Jr.                    By:     /s/ Kurt Kuhn
State Bar No. 09534100                          Kurt Kuhn
cherring@herring-irwin.com                      State Bar No. 24002433
Jess M. Irwin III                               kurt@kuhnhobbs.com
State Bar No. 10425700                          Lisa Bowlin Hobbs
jess@herring-irwin.com                          State Bar No. 24026905
Lauren Ross                                     lisa@kuhnhobbs.com
State Bar No. 24092001                          KUHN HOBBS PLLC
laurenbross@herring-irwin.com                   3307 Northland Drive, Suite 310
HERRING & IRWIN, L.L.P.                          Austin, Texas  78731-4946
1411 West Avenue, Suite 100                     (512) 476-6000
Austin, Texas  78701                            (512) 476-6002 (fax)
(512) 320-0665
(512) 519-7580 (fax)


                                        Jessica Palvino
                                        State Bar No. 24048780
                                        jpalvino@mcginnislaw.com
                                        MCGINNIS, LOCHRIDGE & KILGORE, LLP
                                        600 Congress Avenue, Suite 2100
                                        Austin, Texas  78701
                                        (512) 495-6079
                                        (512) 505-6379 (fax)

                        COUNSEL FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this notice on counsel of record either electronically, in accordance with the rules on electronic filing on June 23, 2015, as listed below:

/s/ Kurt Kuhn
Kurt Kuhn

Mark Cohen
805 West 10th Street, Suite 100
Austin, Texas 78701
mark@cohenlegalservices.com